The Harmony Cafeteria Company et al., appellees, v. International Supply Company, appellant. Gen. Nos. 32,362 and 32,264.

Opinion filed July 10, 1928.

Hirsch, Chaikin & Bloch, for appellant. Harry S. Harned, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Rex Rayon Thread Company, appellee, v. Booster Glove Company, appellant. Gen. No. 32,463.

Opinion filed July 10, 1928. Rehearing denied July 20, 1928.

Yale & Yale, for appellant. No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Joseph V. Sterba et al., appellants, v. George O. Schoolcraft, appellee. Gen. No. 32,485.

Opinion filed July 10, 1928.

Sidney S. Pollack and William G. Lesemann, for appellants. Brundage, Landon & Holt and Elmer E. Jackson, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Evelyn Silverberg, appellee, v. Bernard W. Snow, bailiff of the Municipal Court of Chicago, and Chas. A. Stevens & Bros., appellants. Gen. No. 32,501.

Opinion filed July 10, 1928.

George R. Fitzmaurice, for appellants. No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.